**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 11 MAL 2023

Respondent                  :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

v.                            :

                                      :

BOBBY BROWN,                  :

Petitioner                   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 28th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.